UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.

Luis Jimenez-Serrato,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Crim. No. 05-186 (MJD/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Findings and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 16] is denied.

                                                   s/ Michael J. Davis
                                                   Michael J. Davis, Judge
                                                   United States District Court

DATED: July 29, 2005
At Minneapolis, Minnesota